65,555-23

Dr. Alex Melvin Wade, Jr.
Paralegal Specialist
Mark W. Stiles
3060 FM 3514
Beaumont, Texas
77705-7638

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 1 8 2015

Abel Acosta, Clerk

November 13th, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711-2308

Ref.: Ex Parte Alex Melvin Wade, Jr., AMENED PETITION FOR FILING APPLICATION FOR WRIT OF HABEAS CORPUS(Applicant's Motion for Leave to Amend Writ of Habeas Corpus)  Cause No.: 729136-I; WR-65,555-23

Dear Mr. Acosta:
Enclosed herewith please find the original copy of pages 17 & 18 to be attached to the amended writ of habeas corpus filed with the Motion for leave of Court to Amend Writ of Habeas Corpus under cover letter dated 11/09/15.

I am submitting these documents because I am not sure the original documents page 17 & 18 of the Amended Writ of Habeas Corpus to have attached thereto and made a part of the record in the above entitled cause of action.

Therefore, if pages 17 & 18 is unsigned of the writ of habeas corpus, seeking an amendment please have attached to that document and/or have made part of the record in that cause of action.

Thank you very kindly for your attention in the handling of this matter.

I await your reply as in your ususal manner.

Sincerely,

Dr. Alex Melvin Wade, Jr.
Applicant/Pro-Se

cc:
    file

## PETITIONER'S INFORMATION

Petitioner's printed name: _____Alex Melvin Wade, Jr._____

State bar number, if applicable: _____N/A_____

Address: Mark W. Stiles
3060 FM 3514

Beaumont, Texas 77705-7638

_____

Telephone: _____

Fax: _____

## INMATE'S DECLARATION

I, __Alex Melvin Wade, Jr._____, am the applicant / petitioner (circle one) and

being presently incarcerated in __Mark W. Stiles Unit_____, declare under penalty of

perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _____11/09/2015_____, 20____.

Alex Melvin Wade, Jr.
Signature of Applicant / Petitioner (circle one)

17

Rev. 01/14/14

**PETITIONER'S INFORMATION**

Alex Melvin Wade, Jr.

Petitioner's printed name: _____

Mark W. Stiles

Address: ___3060 FM 3514_____

Beaumont, Texas 77705-7638

_____

_____

Telephone: _____

Fax: _____

Signed on 11/09/2015 20___

Alex Melvin Wade, Jr.

Signature of Petitioner

18

Rev. 01/14/14